IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No: 2:14-CV-00013-F

HERMAN M. WHITE, )
)
    Plaintiff, )
)
v. ) ORDER
)
GOLDEN PEANUT COMPANY, LLC, and )
ARCHER DANIELS MIDLAND COMPANY, )
)
    Defendants. )

This matter is before the court with regard to the Joint Motion to Extend Scheduling Order Deadlines. [DE-15]. For good cause shown, the motion is ALLOWED, and the Scheduling Order is amended as follows:

1. Plaintiff's expert disclosures are due no later than **November 1, 2014** and Plaintiff's experts' depositions will be conducted between **November 2, 2014** and **November 15, 2014**;

2. Defendants' expert disclosures are due no later than **December 1, 2014** and Defendants' experts' depositions will be conducted between **December 2, 2014** and **December 15, 2014**;

3. All discovery will be completed no later than **January 1, 2015**;

4. All potentially dispositive motions will be filed no later than **January 30, 2015**; and

3. The trial of this matter is scheduled for Judge Fox's **April 27, 2015** term of court in Wilmington, North Carolina.

SO ORDERED, the 17 day of July 2014.

Robert B. Jones, Jr.
United States Magistrate Judge